**SEALED**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

**MATTHEW M. JONES**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-0530

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Between March 26, 2015 and June 16, 2015 in the Southern District of Indiana defendant did,

**Count 1, 18.U.S.C. § 2252(a)(2):**   Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; and

**Count 2   18.U.S.C. § 2252(a)(4)(b) and (b)(2):**   Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, including pre-pubescent minors or minors less than 12 years of age.

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof.

_____
Darin Odier, TFO/FBI

Sworn to before me, and subscribed in my presence

August 5, 2016
**Date**

at   Indianapolis, Indiana

_____
Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

I, Darin Odier, hereby depose and state as follows:

1. **Affiant**: I am a Detective in the Digital Forensics Unit of the Indianapolis Metropolitan Police Department. I am also a cross-designated Task Force officer assigned to the FBI Violent Crimes Against Children Task Force.

2. **Experience**: I have over 25 years of law enforcement experience. I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3. **Training**: I have attended the National Crimes Against Children Conference multiple times and attended numerous classes related to investigating the online sexual exploitation of children. I am also a member of the Indiana Internet Crimes Against Children (ICAC) Task Force, which includes numerous federal, state and local law enforcement agencies. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.

1

Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the Affiant has not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Matthew Michael Jones (JONES) has violated the following statutes:

   a. **Count 1, 18.U.S.C. § 2252(a)(2):** Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and

   b. **Count 2  18.U.S.C. § 2252(a)(4)(b) and (b)(2):** Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, including pre-pubescent minors or minors less than 12 years of age.

5.   **Requested action**: I make this affidavit in support of an application for an arrest warrant and criminal complaint charging JONES, with violating **18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) and (b)(2)**.

6.   **Distributing and Possessing Visual Depictions of Minors Engaged in Sexually Explicit Conduct**: This investigation concerns alleged violations of **18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B) and (b)(2)**, which generally prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. These include visual depictions of pre-pubescent minors and minors who are

2

less than 12 years of age.

7. **Definitions**: The following definitions apply to this Affidavit:

8. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

9. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

10. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

11. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

12. The term "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage,

and co-location of computers and other communications equipment.

13. The term "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

14. **Dropbox** is a file hosting service operated by American company Dropbox, Inc., headquartered in San Francisco, California, that offers cloud storage, file synchronization, personal cloud, and client software. Dropbox allows a user to create a folder on his computer to which a user can directly save and retrieve items; however, when connected to the internet, the folder synchronizes to the user's Dropbox account, so that the Dropbox folder on the user's computer appears to be the same folder at Dropbox.com and on any other computer where the user has installed a Dropbox account. Once synchronized, the contents of the user's Dropbox account are the same, no matter the physical location of the folders. Files placed in the user's physical folder are also accessible via the Dropbox website and mobile apps. Dropbox uses a freemium business model, wherein users are offered a free account with a set storage size and paid subscriptions for accounts with more capacity. Dropbox is not headquartered in the State of Indiana.

15. **Overview of Specific Probable Cause:** On or between March 26, 2015 and June 16, 2015, JONES distributed child pornography on multiple occasions by uploading them to his Dropbox account with User ID 302172836.

16. **Cyber-Tip from NCMEC:** On August 17, 2015, a cyber-tip was received by the National Center for Missing and Exploited Children (NCMEC) from Dropbox indicating that on, about or between March 26, 2015 and June 16, 2015, a person using Dropbox's services from the IP addresses of 68.51.92.223 uploaded 199 images of possible child pornography. The cyber-tip included the images as well as IP log-in addresses for the account.

17. This affiant viewed the images and observed that they were a series of images of the same fully nude prepubescent female. In the images, either her genitalia were exposed and/or she was engaged in sexually explicit conduct.

18. Dropbox provided user/person information for the account which was uploading the files. The user-provided email address associated with the uploading account is danatom1984@hushmail.com, and the user-provided screen/user name is "dana tompson". The User ID associated with the account was 302172836.

19. A State of Indiana Administrative subpoena out of the Clark County Circuit Court was issued to the Internet Service Provider (ISP) for the IP address used during the upload of the images. The subpoena response indicated that the IP address, at the dates and times of the uploads, was assigned to provide service at the address of 604 Fairview Dr. Columbus,

Indiana. The subscriber name was Matthew Jones with the same address and a telephone number of 317-552-9941.

20. A BMV records search found a Matthew Michael Jones, with a DOB 05/15/1991, had an address of 604 Fairview Dr. Columbus, Indiana 47201. This is located in the Southern District of Indiana.

21. Images on a social media site attributed to Matthew Jones show images of what appears to be an infant girl. In one of the images, Jones is looking at the camera with the infant on his chest. His comment with the post reads "Daddy and his angel Kayla". A comment on the site suggested that the "infant" in the photo is actually a lifelike doll.

22. **Search Warrant:** Based of the above information, a state search warrant for the residence located at 604 Fairview Dr., Columbus, Indiana 47201 was requested and received out of Bartholomew County Superior Court 1 on November 12, 2015.

23. On November 12, 2015, this affiant and ICAC task force investigators went to 604 Fairview Dr., Columbus, Indiana 47201, and served the search warrant. At the residence, we located Matthew Michael Jones.

24. This affiant and Indiana State Trooper Mary Sanchez accompanied Jones into our mobile forensic vehicle where we explained the search warrant and advised Jones of his *Miranda* rights. Jones signed a rights waiver agreed to waive his rights and to speak with us. The interview was recorded with audio and video.

25. Jones stated that he had lived in the residence at 604 Fairview for

about 2 years and that he lived alone. Jones stated that he had a HP laptop and a Droid max cell phone. He provided the password and swipe code for these devices.

26. Jones stated that he had downloaded adult pornography on his laptop through the TOR browser. He stated he uses TOR because it does not maintain search histories.

27. When asked if he downloaded or possessed any other types of pornography or anything inappropriate on his computer, Jones stated he wanted to stop speaking until he spoke to a lawyer, thus ending the interview.

28. **Search of the residence for digital items:** Among the digital items recovered from the residence were the laptop and cell phone described by Jones, as well as 3 additional cell phones and a SanDisk SD card.

29. **Forensic examination of SD card:** A forensic examination of the SanDisk SD card found multiple folders with hundreds of images that had been deleted but not overwritten. They were forensically recovered and found to contain over 800 images of infants, toddlers and pre-teen children posed with their genital or pubic areas exposed and/or engaged in sexually explicit conduct.

30. Included on the SD card are the following images, reviewed and described by this affiant:

   a. **_00_1926.JPG** is an image of a nude toddler female on a blue patterned blanket. The toddler is holding a sexual device commonly referred to as a vibrator against her vaginal area.

   b. **00f-024-08-01-hc-001.jpg** is an image of an adult male holding his penis and pressing it against the anal area of an infant. The infant's vaginal area is visible.

   c. **_794.jpg** is an image of a prepubescent female on a pink rose sheet. Her feet are bound at her ankles by ropes tied above her. She is nude with her vaginal area exposed.

31. The only contents of the SD card are images of children.

32. **Forensic examination of the HP laptop.** The HP laptop identified by JONES as his, with the profile of "Demonking" was found to contain a video of child pornography. The title of the video is "**[PTHC}12yobeautybymatexe.avi**" and is described as a minor girl performing oral sex on an adult male.

33. Emule, which is a peer-to-peer file sharing program, was installed on the HP Laptop identified by Jones as his. This affiant knows that Emule is frequently used to download child pornography. JONES searched for files on Emule using the using keyword "kids."

34. **Other items recovered from the residence**: In the residence, investigators found the following items:

   a. A bassinet with a lifelike female doll. The baby doll was covered in a blanket, wearing pajamas and a diaper.

   b. A vest with a pillow sewn onto the front of it. When worn, it would give the appearance that the wearer was pregnant.

   c. A "RealCare" baby birth certificate identifying Matthew Jones as the

8

father.

d. A 5 drawer dresser full of female baby clothes and shoes.

e. An "alien" baby doll. There was a noticeable stain and a slice between the legs of the alien baby doll. The doll's stuffing between the legs of the doll was exposed. A bag with additional stuffing was also found.

f. One latex artificial vagina[1] and one latex artificial anus, both of which were infant / baby-sized, with 2 packages of lubricant.

g. One baby car seat.

While still on scene, investigators applied for and were granted an additional warrant to seize the above items.

35. **Dropbox search warrant:** A state search warrant was issued for the Dropbox account identified by username "dana tompson" and email address danatompson1984@hushmail.com. The User ID for this account is 302172836. On July 26, 2016 this affiant reviewed the contents of the search warrant return. The account contained over 25 folders, many with subfolders, containing thousands of images and videos of child pornography, most of which are infant or toddlers. These include the following images reviewed and described by this affiant.

a. **00f-030-06-01-hc-015.jpg** An image of an infant female with her diaper open. A metal device with a cord is pressed against her exposed vaginal area.

---

[1] An **artificial vagina** is a device designed to imitate the female sex organ. To achieve this, it will generally be made of a soft material, lubricated, and sometimes heated. It may be designed for medical research purposes, animal breeding, or as a sex toy for erotic stimulation. Source: Wikipedia.

9

    b. **00f-024-02-01-hc-008.jpg** An infant girl with an adult penis pressed against her mouth.

    c. **36a.jpg** An image of a toddler girl from behind. The child is bent over and an adult hand is visible inserting an object into the anus of the child.

36. Additionally, at least one of the images described above as having been recovered from the SD card and located in JONES residence was also found in JONES' Dropbox account: **_00_1926_1.jpg** was uploaded to the Dropbox user ID account 302172836 on July 5, 2014.

37. Between June 2014 and June 2015, over 8000 acts of file creations, uploads, or deletions occurred on JONES' Dropbox account. The only IP address shown to have logged into the account is 68.51.92.223. This is the same IP address described above as returning the JONES residence, 604 Fairview Dr., Columbus, Indiana 47201.

38. The contents of Jones' Dropbox account are entirely comprised of images and videos of children.

10

39. **Conclusion**: Based upon the contents of this Affidavit, I respectfully request that the Court issue an arrest warrant and criminal complaint for the offenses listed above.

_____
Darin Odier
Task Force Officer

Subscribed and sworn before me this 5th day of August 2016.

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

11